UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SURREL-BERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, COMMISSIONER OF SSA,<br><br>    Defendant. | Case No. 20-cv-00241-KAW<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

[x]    IT IS ORDERED that the application to proceed in forma pauperis is <u>GRANTED</u>.

    [x]    <u>Issuance of Summons and service of process by Marshal</u>: The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, attachments, scheduling orders and other documents specified by the Clerk, plaintiff's affidavit and this order upon the defendant(s).

    [ ]    Issuance of summons and service will be determined separately.

[ ]    IT IS ORDERED that the application to proceed in forma pauperis is <u>DENIED</u>, and plaintiff shall pay the filing fee according to the paragraph(s) checked below. Failure to make payment by the date(s) specified will result in dismissal of the above-entitled action without prejudice. Plaintiff is responsible for service of the summons and the complaint and any amendments and attachments, as well as scheduling orders and other documents specified by the Clerk, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

*IFP_Order_nonPSP_8-18_CSA*
*rev. Aug. 2018*

1    [ ]     Full fee: Plaintiff must pay the entire filing fee of $400.00:
2         [ ]     In full no later than
3         [ ]     Partial payment of $ due on , remaining balance
4              [ ]     due and payable on or
5              [ ]     to be paid in installments as follows:

7    [ ]     Reduced fee: Plaintiff must pay a reduced filing fee of $ according to the
8    paragraph checked below; the remainder of the fee is hereby waived.
9         [ ]     Reduced fee to be paid no later than
10        [ ]     Partial payment of $ due on , remaining balance
11             [ ]     due and payable on or
12             [ ]     to be paid in installments as follows:

IT IS FURTHER ORDERED that while this case is pending, plaintiff must promptly inform the Court of any change(s) of address. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: January 13, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge